HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
David W. Skaar (Bar No. 265377)
Harmony R. Gbe (Bar No. 313241)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com
david.skaar@hoganlovells.com
harmony.gbe@hoganlovells.com

Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC.;
UNITEDHEALTHCARE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID TRUJILLO; DEANNA HARDEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | Case No. 5:17-cv-2547-JFW (KKx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Pre-trial Conference: May 3, 2019<br>Trial: May 28, 2019<br><br>Judge: Honorable John F. Walter |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to Section 8 of the Scheduling and Case Management Order (ECF No. 29), the parties submit this joint report regarding the status of their settlement efforts. On July 13, 2018, Michael M. Maddigan and David W. Skaar on behalf of the Defendants, along with a representative of Defendants, and Rob Gianelli on behalf of the Plaintiffs, participated in an in-person mediation with Mr. Elliot K. Gordon, Esq., at JAMS in Los Angeles, California. The parties were unable to resolve this matter, but they have continued to explore settlement and have agreed to conduct a further mediation, which they are in the process of scheduling. Mr. Gordon can be reached through his case manager at JAMS, Ms. Kathryn Cisneros, at (213) 253-9718.

Dated: April 22, 2019                           HOGAN LOVELLS US LLP


/S/ David W. Skaar
Michael M. Maddigan
David W. Skaar
Harmony R. Gbe

Attorneys for all Defendants

Dated: April 22, 2019                           GIANELLI & MORRIS
                                                DOYLE LAW


/S/ Joshua S. Davis
Robert S. Gianelli
Joshua S. Davis
Conal Doyle

Attorneys for all Plaintiffs

**Attestation**

I, David W. Skaar, attest that all other signatories listed, and on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

/S/ David W. Skaar
David W. Skaar