ROBERT S. GIANELLI, #82116
JOSHUA S. DAVIS, #193187
ADRIAN J. BARRIO, #219266
GIANELLI & MORRIS, A Law Corporation
550 South Hope Street, Suite 1645
Los Angeles, California 90071
Tel: (213) 489-1600; Fax: (213) 489-1611
rob.gianelli@gmlawyers.com
joshua.davis@gmlawyers.com
adrian.barrio@gmlawyers.com

CONAL DOYLE, #227554
STEPHEN BEKE, #290972
DOYLE LAW
9401 Wilshire Blvd., Suite 608
Beverly Hills, California 90212
Tel: (310) 385-0567; Fax (310) 943-1780
conal@conaldoylelaw.com
sbeke@conaldoylelaw.com

Attorneys for Plaintiffs, DAVID TRUJILLO, DEANNA HARDEN, on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRUJILLO; DEANNA HARDEN; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP INC.; UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY;<br><br>Defendants. | Case No.: 5:17-cv-2547- JFW (KKx)<br>Assigned to Hon. John F. Walter, D7A<br><br>**PROPER NAMES, UNUSUAL OR SCIENTIFIC TERMS, OR ANY FOREIGN OR UNCOMMON WORDS THAT ARE LIKELY TO BE USED BY THE PARTIES AT THE PRETRIAL CONFERENCE OR AT TRIAL.**<br><br>Pretrial Conference: May 3, 2019<br>Date: 8:30 a.m.<br><br>Trial Date: May 28, 2019 |

Plaintiffs provide the following correct spelling for proper names, unusual or scientific terms or any foreign or uncommon words that it anticipates are likely to be used by the parties at the pretrial conference or at trial.

**I. Medical Terms**

1. Prosthetist- ("Pross" "the" "tist")
2. Prosthetic- ("Pross" "thet" "ic")
3. Prosthesis- ("Pross" "thees" "is")
4. HiFi Socket- common pronunciation
5. High Fidelity Socket- common pronunciation
6. Ottobock- common pronunciation
7. Ossur- ("Oh" "Sir")
8. i-limb ("eye" "limb")
9. i-limb quantum
10. K-Level-common pronunciation
11. Biodesigns-common pronunciation
12. Disarticulation- ("diss" "ar" "tick" "ulation")
13. Minimum Specifications-common pronunciation
14. Hanger-common pronunciation
15. Myoelectric-common pronunciation
16. Myo-common pronunciation
17. Ischial- "Ish" "eee" "al"
18. Kinesiology-"Kin" "eee" "siology"
19. OPIE- "Oh Pee"
20. Polypropylene- "Polly" "Pro" "Po" "Lean"
21. Proximal-common pronunciation
22. Distal-common pronunciation
23. Alley-"Al" "eee"
24. SACH- "sach"

| | | |
|---|---|---|
| 25. | Transfemoral-common pronunciation | |
| 26. | Transradial-common pronunciation | |
| 27. | Transhumeral-common pronunciation | |
| 28. | Transtibial-common pronunciation | |
| 29. | L-Codes-common pronunciation | |
| 30. | PDAC-common pronunciation | |

## II. Proper Names

1. David Trujillo
2. Deanna Harden
3. Logan Harden
4. Randy Alley
5. Richard Myers
6. Sharon Kawai
7. Gale Browning
8. Arvin Gallanosa
9. Julie Mueller
10. Jeanette McDaniel
11. Trinh Tran
12. Amy Schneider
13. Robert Shaw
14. Jack Sanders
15. Kevin Ericson
16. Kevin Kleis
17. Rene Lee
18. Tiffany Quan
19. Bill Alley

1 |     20.    Judy Fujimoto

DATED: April 22, 2019                GIANELLI & MORRIS
                                                 DOYLE LAW

                                     By: /s/ Joshua S. Davis
                                                   ROBERT S. GIANELLI
                                                   JOSHUA S. DAVIS
                                                   ADRIAN J. BARRIO
                                                   Attorneys for Plaintiffs