**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **ED CV 17-2547-JFW (KKx)** | Date: July 19, 2019 |
| Title: | David Trujillo, etc., et al. -v- UnitedHealth Group, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  **ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [filed 6/18/2019; Docket No. 189]**

On June 18, 2019, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement. Defendants did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for July 22, 2019 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

Plaintiff's Motion for Preliminary Approval of Class Action Settlement is **GRANTED**. The Court signs, as modified, the Proposed Order Granting Motion for Preliminary Approval of Class Action Settlement lodged with the Court on July 2, 2019 [Docket No. 191-1]  The Court sets the Final Approval Hearing for November 18, 2019 at 1:30 p.m.

IT IS SO ORDERED.